# DECISIONS IN CASES NOT REPORTED. 677

FIRST DEPARTMENT, OCTOBER TERM, 1887.

Mary J. Kenney, Respondent, v. Kate Kenney, Administratrix, etc., Appellant. — Order, so far as appealed from, reversed, with costs, and judgment accordingly reduced by deducting the eighty dollars costs.

In the Matter of John Delaplaine. — Order affirmed, with costs, on opinion of surrogate.

Margaretha Finnern, Appellant, v. Julius Heinz, Respondent. — Order reversed, with costs, and motion denied. Opinion Per Curiam.

Bernard Katz and another, Respondents, v. Samuel G. Adams, as Administrator, etc., Appellant. — Order reversed, with ten dollars costs and disbursements, and motion denied. Opinion Per Curiam.

Simon Goldsmith, Respondent, v. Charles Glatz, Appellant. — Order reversed, with ten dollars costs and disbursements, and motion granted. Opinion Per Curiam.

In the Matter of A. P. W. Kinnan. — Order affirmed, with ten dollars costs and disbursements.

William Barry and another, Respondents, v. Benjamin Lewis, Appellant. — Judgment reversed, new trial ordered, costs to appellant, to abide event. Opinion by Van Brunt, P. J.

Hiron W. Allen, Executor, etc., Appellant, v. James G. Shepard and others, Respondents. Judgment modified as directed, and affirmed as modified, without costs. Opinion by Daniels, J.

William F. Lett, Appellant, v. Guardian Fire Insurance Company, Respondent. — Order reversed, and default opened on the terms stated in the opinion. Opinion Per Curiam.

John F. Carr, Respondent, v. John C. Risher Appellant. — Order reversed, with ten dollars costs and disbursements, and order entered allowing examination. Opinion Per Curiam.

Clara O. L. Tucker, Plaintiff, v. Evelina M. Livingston, Defendant. — Order affirmed, with ten dollars costs and disbursements.

In the Matter of Helen M. Hoyt. — Order reversed, without costs. Opinion Per Curiam.

Ferdinand N. Massa, Appellant, v. Robert L. Cutting, Respondent. — Order reversed, with costs to abide event ; order entered as directed in opinion. Opinion Per Curiam.

Silvain S. Gross, Appellant, v. Adolph Bock, Respondent. — Order affirmed, with ten dollars costs and disbursements, to abide event. Opinion Per Curiam.

National Steamship Company, Appellant, v. Patrick Sheehan, Respondent. — Order modified as directed, and affirmed as modified, without costs. Opinion Per Curiam.

Nathaniel Hooper, Plaintiff, v. Charles M. Beecher, Defendant. — Order reversed and stay granted as directed in opinion. Opinion Per Curiam.

John Claflin and others, Respondents, v. Charles M. Rothschild and another, Appellants. — Order reversed, with ten dollars costs and disbursements. Opinion Per Curiam.

In the Matter of Maria Adams. — Order affirmed, with ten dollars costs and disbursements, on opinion of surrogate.

Mary E. Shaw, Appellant, v. George Evans, Respondent.

Same v. Same. — Orders reversed, with ten dollars costs in one case and the disbursements in both. Opinion Per Curia.n.

The People of the State of New York ex rel. Michael H. Brady v. Stephen B. French. — Order reversed and relator reinstated, without costs. Opinion by Daniels, J.

Hiram C. Bennett and another, Respondents, v. Robert C. Watson and another, Appellants. —

Judgment reversed, new trial ordered, costs to appellants to abide event. Opinion by Brady, J.

The People of the State of New York ex rel. Marvin R. Clark, Appellant, v. Hugh J. Grant, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Ambrose J. Agate v. Anne Eliza Agate. — Judgment reversed, new trial ordered, costs to appellant to abide event. Order denying motion to set aside verdict affirmed, with costs to plaintiff. Opinion by Daniels, J.

Alexander Van Rensselaer, as executor, etc., Respondent, v. Annie W. Van Rensselaer and others, Appellants. — Judgment affirmed, with costs. Opinion by Brady, J.

Charles A. Clegg, Respondent, v. Andrew J. Aikens and others, Defendants. The Aiken Newspaper Union, Appellant. — Order modified as directed and affirmed as modified, without costs. Opinion Per Curiam.

The New York, Lake Erie and Western Railway Company, Respondent, v. Charles Robinson, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

Henry M. Kolasky, Respondent, v. Wilhelmina Nichols, Appellant. — Judgment affirmed, with costs. Opinion by Bartlett, J.

Louis Obart, Respondent, v. The Simonds' Soap Company, Appellant. — Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion Per Curiam.

First National Bank of Portchester, v. William M. Halstead. — Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion by Daniels, J.

Katharine A. Stebbins, as Administratrix, etc., Respondent, v. Thomas Hume, Appellant. — Reargument ordered.

Joseph J. Ketteli, Appellant, v. Richard S Jones, Respondent, Impleaded, etc. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Annie S. Ackerman, Appellant, v. John G. Betz, Respondent. — Judgment reversed, new trial granted, costs to appellant to abide event. Opinion by Bartlett, J.

Florence M. de Meli, Appellant, v. Henry A. de Meli, Respondent. — Judgment affirmed with costs. Opinion by Bartlett, J.

Hudson G. Bottum, Respondent v. John Scott, Appellant. — Judgment affirmed. Opinion by Lawrence, J.

A. Eugene Vogel v. John Rhind. — Motion denied with costs. Opinion Per Curiam.

In the Matter of Mary T. Hatten. — Motion denied.

Lena Post v. John H. Cobb. — Motion denied, with ten dollars costs to respondent to abide event, on appellant stipulating to argue appeal at the November Term.

Germania Fire Insurance Company v. John R. Francis. — Motion granted.

Thomas J. Clute v. Adam Emmerich. — Motion denied.

In the Matter of the Southern Boulevard Rail way Company. — Order settled.

In the Matter of Mary A. Wood. — Order remitting record for correction settled.

Nathaniel Whitman v. Peter Bowe. — Verdict set aside, new trial ordered without costs.

In the Matter of Nathaniel Cothern. — Petition dismissed, without costs. Mem. Per Curiam.

* The People of the State of New York ex rel. John McMackin v. The Board of Police. — Motion for judgment granted, and motion for new trial denied. Opinion Per Curiam.

* Decision handed down November 10, 1887.